UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CONDOS AT WRIGHTWOOD PARK II, A CONDOMINIUM COMMUNITY,<br><br>      Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No. 1:19-cv-4785 |

## STIPULATION TO DISMISS WITH PREJUDICE

Now come the parties, who hereby stipulate and agree that all claims at issue in this matter have been resolved and should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEED that all claims at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.

| | |
|---|---|
| /s/ Edward Eshoo, Jr. | /s/ Jonathan Barger |
| Edward Eshoo, Jr. | Jonathan Barger |
| Christina M. Phillips | K. Clark Schirle |
| MERLIN LAW GROUP | Marivel Montes |
| 181 West Madison, Suite 3475 | BUTLER WEIHMULLER KATZ CRAIG LLP |
| Chicago, Illinois 60602 | 115 South LaSalle Street, Suite 3200 |
| Telephone: (312) 260-0806 | Chicago, Illinois 60603 |
| Facsimile: (312) 260-0808 | Telephone: (312) 462-9200 |
| eeshoo@merlinlawgroup.com | jbarger@butler.legal |
| cphillips@merlinlawgroup.com | cschirle@butler.legal |
| | mmontes@butler.legal |