# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

The Condos at Wrightwood Park II

                            Plaintiff,

v.                                                             Case No.: 1:19−cv−04785

                                                              Honorable Sharon Johnson Coleman

Travelers Casualty Insurance Company of America

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the stipulation to dismiss with prejudice [54], this case is dismissed with prejudice with each party to bear its own costs. Status hearing set for 4/13/2020 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.